■ CONGREGATION YETEV LEV D'SATMAR, INC., Appellant, v FEIGE TEITELBAUM, Respondent, et al., Defendants. [666 NYS2d 867] —Appeal by the plaintiff from an order of the Supreme Court, Orange County (Owen, J.), dated December 3, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Owen at the Supreme Court. Rosenblatt, J. P., Miller, Copertino and Pizzuto, JJ., concur.